DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAJESTIC GROUP MANAGEMENT, LLC** d/b/a **IVY PALM BEACH,**
Appellant,

v.

**DIAMANTEBRUTO, INC.** d/b/a **RUMBASS NIGHT CLUB** and **MICHAEL E. HAMILTON,**
Appellees.

No. 4D22-990

[October 6, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 50-2014-CA-009156-XXXX-MB.

Glenn H. Mitchell, West Palm Beach, for appellant.

Jason L. Cohen of Cohen Legal, West Palm Beach, for appellee Michael E. Hamilton.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***